**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00367-CR

————————————

**DAVID CLEO RICHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 498478**

---

## MEMORANDUM OPINION

Appellant, David Cleo Richard, was convicted of burglary of a habitation on

June 29, 1988.  Richard filed an untimely notice of appeal on June 9, 2009, and we

dismissed the appeal for want of jurisdiction on August 28, 2009.  *Richard v. State*,

No. 01-09-00559-CR, 2009 WL 2836494 (Tex. App.—Houston [1st Dist.] Aug. 28, 2009, no pet.) (not designated for publication).

On April 10, 2013, Richard filed a second notice of appeal.

Because Richard failed to timely file a notice of appeal, his conviction is final. Therefore, pursuant to article 11.07 of the Texas Code of Criminal Procedure, exclusive post-conviction jurisdiction of the case has passed to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2012); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).